No. 838, Misc.  EUBANKS *v*. LOUISIANA.  On petition for writ of certiorari to the Supreme Court of Louisiana. It is ordered that execution of the sentence of death imposed upon the petitioner be, and the same is hereby, stayed pending final disposition of the petition for writ of certiorari.  In the event certiorari is granted, this stay is to continue until final disposition of the case.  *Leopold Stahl* for petitioner.

No. 34.  ROWOLDT *v*. PERFETTO, ACTING OFFICER IN CHARGE, IMMIGRATION AND NATURALIZATION SERVICE. Certiorari, 350 U. S. 993, to the United States Court of Appeals for the Eighth Circuit.  Argued November 13–14, 1956.  This case is restored to the calendar for reargument.  *David Rein, Joseph Forer* and *Ann Fagan Ginger* for petitioner.  *Solicitor General Rankin, Assistant Attorney General Olney, Beatrice Rosenberg* and *Carl H. Imlay* for respondent.